JEAN ENGEL, Individually and as Administratrix of the Estate of HARRY ENGEL, Deceased, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA et al., Appellants.— Judgment unanimously affirmed,

with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.